UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY LEE SMITH | : | CIVIL ACTION NO.: 00-0395 |
| VERSUS | : | SECTION "B" |
| TOR DRILLING, INC. | : | MAG. "1" |

### EX PARTE MOTION OF TOR DRILLING, INC. TO FILE THIRD PARTY COMPLAINT

NOW COMES defendant, *Tor Drilling, Inc.*, and moves this Court for entry of an order allowing it to file the attached third party complaint against *Aqua-Dyne, Inc.* In support of its motion, Mover states that this matter has been set for trial on December 11, 2000, and the delays for filing amended pleadings, cross claims, and third party demands have not run. This third party complaint is necessary to have all pertinent parties before the Court. In accordance with Local Rule 2.08, counsel for Tor Drilling, Inc. has contacted all other counsel of record who have indicated they have no objection to the granting of this motion.

Respectfully submitted:

D.C. PANAGIOTIS, LTD.
(A Professional Law Corporation)

_____
D. C. PANAGIOTIS (#15032)
FNB Tower
600 Jefferson Street, Suite 603
Lafayette, LA 70501
Telephone: (337) 264-1516

COUNSEL FOR *TOR DRILLING, INC.*

DATE OF ENTRY
MAY 1 9 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte Motion of Tor Drilling, Inc. to File Third Party Complaint* has this date been forwarded to all known counsel of record by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this _____15th_____ day of May, 2000.

_____
D.C. PANAGIOTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY LEE SMITH | : | CIVIL ACTION NO.: 00-0395 |
| VERSUS | : | SECTION "B" |
| TOR DRILLING, INC. | : | MAG. "1" |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

### RULE 2.08 CONSENT STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes *Tor Drilling, Inc.*, who states as follows:

All counsel of record have been contacted regarding *Tor Drilling, Inc.*'s intent to file a Motion to File Third Party Complaint against *Aqua-Dyne, Inc.* and all counsel have consented to same.

_____
D. C. PANAGIOTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY LEE SMITH | : | CIVIL ACTION NO.: 00-0395 |
| VERSUS | : | SECTION "B" |
| TOR DRILLING, INC. | : | MAG. "1" |

........................................................................

### ORDER

CONSIDERING the foregoing motion and the consent of all counsel obtained in accordance with Local Rule 2.08:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant, Tor Drilling, Inc., be and it hereby is granted leave of Court to file the attached Third Party Complaint against Aqua-Dyne, Inc.

New Orleans, Louisiana, this 18th day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE