

MINUTE ENTRY
SHUSHAN, M.J.
JULY 17, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY LEE SMITH | CIVIL ACTION |
| VERSUS | NO: 00-0395 |
| TOR DRILLING, INC. | SECTION: "B"(1) |

### HEARING ON MOTIONS

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF PLAINTIFF, TERRY LEE SMITH, TO COMPEL DEPOSITION TESTIMONY.

**GRANTED**

   Before the court is the motion of plaintiff, Terry Lee Smith, to compel defendant, TOR Drilling, Inc., to produce John Riekeles, for his deposition in either Houston, Texas or Norway

   Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiff's motion to compel discovery, set for

DATE OF ENTRY
JUL 1 8 2000



hearing on July 19, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Defendant is ordered to produce John Riekeles for his deposition in either Houston, Texas or in Norway at a time and place convenient to the witness.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54 3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.