UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 20  AM 11: 43

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TERRY LEE SMITH | CIVIL ACTION |
| VERSUS | NO. 00-0395 |
| TOR DRILLING, INC. | SECTION "B", MAG. (1) |

## MOTION FOR LEAVE
## TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Terry Lee Smith, who moves this Honorable Court for leave to file the attached Reply Memorandum to defendant's Opposition to Motion to Compel Deposition Testimony.

Respectfully Submitted:

_____
LAURENCE E. BEST - #3012
PETER S. KOEPPEL - #1465
909 Poydras Street
LL & E Tower - Suite 2200
New Orleans, Louisiana 70112
Telephone: (504) 593-2400

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 19th day of July, 2000, served the foregoing pleading on all counsel of record herein, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid or by hand delivery.

_____

DATE OF ENTRY
JUL 21 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY LEE SMITH | CIVIL ACTION |
| VERSUS | NO. 00-0395 |
| TOR DRILLING, INC. | SECTION "B", MAG. (1) |

### ORDER

Considering the foregoing;

**IT IS ORDERED** that Plaintiff, Terry Lee Smith, be and the same is hereby allowed to file the attached Reply Memorandum to Defendant's Opposition to Motion to Compel Deposition Testimony.

**SIGNED** this 20 day of July, 2000.

_____
U. S. ~~DISTRICT~~ JUDGE
Magistrate