```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2000 SEP 25  PM 4: 26

                                        LORETTA G. WHYTE
                                             CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**September 25, 2000**

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

TERRY LEE SMITH                                CIVIL ACTION NO. 00-0395

versus                                         SECTION: "B" (1)

TOR DRILLING, INC.

    A settlement conference is scheduled in the above-captioned case on November 8, 2000, at 2:15 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

    **On or before November 1, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

_____<br>
LANCE M. AFRICK<br>
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL

DATE OF ENTRY
SEP 26 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.