

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY L. SMITH | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0395 |
| TOR DRILLING, INC. | * | DIVISION "B" |
| | * | MAG. DIV. "1" |

**MOTION FOR EXPEDITED HEARING**

Now comes third-party defendant, Aqua-Dyne, Inc., and moves this Court for an expedited hearing on its Motion to Continue Pre-Trial Motion Filing Cutoff Date and Discovery Cutoff Date for the reasons stated in the attached Memorandum in Support.

Respectfully submitted,

PHELPS DUNBAR LLP

_____
Robert P. McCleskey, Jr. (Bar No. 09151)
W. Sean O'Neil (Bar No. 24584)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR AQUA-DYNE, INC.

DATE OF ENTRY
OCT 3 0 2000

NO:99129999.1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of October, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY L. SMITH | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0395 |
| TOR DRILLING, INC. | * | DIVISION "B" |
| | * | MAG. DIV. "1" |

### O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED that Aqua-Dyne, Inc.'s Motion to Continue Pre-Trial Motion Filing Cutoff Date and Discovery Cutoff Date be set for hearing on an expedited basis on the _____ day of _____, 2000. See minute entry.

New Orleans, Louisiana this 27 day of October, 2000.

_____
~~UNITED STATES DISTRICT~~ JUDGE
magistrate

NO:99129999.1