

MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 27, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY L. SMITH | CIVIL ACTION |
| VERSUS | NO: 00-0395 |
| TOR DRILLING, INC. | SECTION: "B"(1) |

Before the undersigned is the motion of the third party defendant, Aqua-Dyne, Inc., to continue the pre-trial motion filing cutoff date and the discovery date to November 21, 2000. This action was filed February 8, 2000. Rec. doc. 1. A preliminary conference was held on April 13, 2000, at which time the trial was set for December 11, 2000, and the current pretrial deadlines were established. Rec. doc. 5. Aqua-Dyne, Inc. did not participate in the preliminary pretrial conference because the third party complaint adding it as a party was not filed by TOR Drilling, Inc. until May 18, 2000. Rec. doc. 9. Aqua-Dyne, Inc. did not file its answer until September 15, 2000. Rec. doc. 32. Under these circumstances and given the discovery described by Aqua-Dyne, Inc., its motion to the continue the pre-trial motion filing cutoff date and the discovery date to November 21, 2000,

DATE OF ENTRY
OCT 3 0 2000

Doc.No. 51

the date of the pretrial conference, appears reasonable. Aqua-Dyne, Inc. shows, however, that its motion is opposed by the plaintiff, Terry Lee Smith.

It is ORDERED that the motion of Aqua-Dyne, Inc., to continue the pre-trial motion filing cutoff date and the discovery date to November 21, 2000, will be taken under submission without oral argument on Friday, November 3, 2000. Any opposition to the motion must be filed and delivered to the undersigned's chambers by Thursday, November 2, 2000.

SALLY SHUSHAN
United States Magistrate Judge