```
             FILED
        U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2000 NOV -8  AM 9:47

         LORETTA G. WHYTE
               CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 7, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY L. SMITH | CIVIL ACTION |
| VERSUS | NO: 00-0395 |
| TOR DRILLING, INC. | SECTION: "B"(1) |

### HEARING ON MOTION

APPEARANCES:    Submitted on briefs

MOTION:    MOTION OF AQUA-DYNE TO CONTINUE PRETRIAL DEADLINES

**GRANTED IN PART AND DENIED IN PART**

Before the undersigned is the motion of the third party defendant, Aqua-Dyne, Inc., to continue the pre-trial motion filing cutoff date and the discovery date to November 21, 2000. This action was filed February 8, 2000. Rec. doc. 1. A preliminary conference was held on April 13, 2000, at which time the trial was set for December 11, 2000, and the current pretrial deadlines were established. Rec. doc. 5. Aqua-Dyne, Inc. did not participate in the preliminary pretrial conference

DATE OF ENTRY
NOV 0 8 2000

because the third party complaint adding it as a party was not filed by TOR Drilling, Inc. until May 18, 2000. Rec. doc. 9. Aqua-Dyne, Inc. did not file its answer until September 15, 2000. Rec. doc. 32.

Aqua-Dyne, Inc. seeks an order extending the deadline for the filing of pre-trial motions until November 21, 2000, and extending the deadline for the completion of discovery until that same date. The plaintiff, Terry L. Smith ("Smith"), has no objection to the extension of the discovery cut off date to November 21, 2000, so that request is granted.

Smith does object to the extension of the deadline for filing pretrial motion until November 21, 2000, as it may jeopardize the trial date. For the reasons stated by Smith, Aqua-Dyne's request to extend the deadline for filing pretrial motions to November 21, 2000, is denied. Because of the pendency of this motion and Aqua-Dyne's entry into this proceeding after the setting of the pretrial deadlines, the deadline for filing pretrial motions is extended to Friday, November 10, 2000.

It is ORDERED that the motion of Aqua-Dyne, Inc., to continue the pre-trial motion filing cutoff date and the discovery date to November 21, 2000, is GRANTED in part and DENIED in part. The discovery cut-off is extended to November 21, 2000. The deadline for filing pretrial motions is Friday, November 10, 2000.

SALLY SHUSHAN
United States Magistrate Judge