FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -9 PM 4: 12

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 9, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRY LEE SMITH                                    CIVIL ACTION NO. 00-0395

versus                                             SECTION: "B" (1)

TOR DRILLING, INC.

A settlement conference was held on this date with all counsel participating. Counsel for Aqua-Dyne, Inc., will notify this Court on or before November 10, 2000, as to its settlement position. Settlement negotiations are ongoing.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
NOV 13 2000