

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY L. SMITH | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0395 |
| TOR DRILLING, INC. | * | DIVISION "B" |
| | * | MAG. DIV. "1" |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant Aqua-Dyne, Inc., and moves this Honorable Court to allow it to add Neil C. Abramson (Louisiana Bar Roll No. 21436) of the law firm of Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana, as additional counsel of record.

Respectfully submitted,

PHELPS DUNBAR LLP

Robert P. McCleskey, Jr. (Bar No. 09151)
W. Sean O'Neil (Bar No. 24584)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR AQUA-DYNE

DATE OF ENTRY
NOV 17 2000

NO:99136046.1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___13th___ day of November, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY L. SMITH | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0395 |
| TOR DRILLING, INC. | * | DIVISION "B" |
| | * | MAG. DIV. "1" |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that Neil C. Abramson (Louisiana Bar Roll No. 21436) of the law firm of Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana, be added as counsel of record for defendant, Aqua-Dyne, Inc.

New Orleans, Louisiana, this _____ day of November, 2000.

_Denied as unnecessary._

_____
JUDGE

11/16/00

NO:99136046.1