

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 20  AM 9:08

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 17, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

TERRY LEE SMITH                             CIVIL ACTION NO. 00-0395

versus                                      SECTION: "B" (1)

TOR DRILLING, INC.

Following discussions, the parties have settled the above-captioned case. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**



DATE OF ENTRY
NOV 2 0 2000

