UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 17 PM 2: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| TERRY LEE SMITH | : CIVIL ACTION NO.: 00-0395 |
| VERSUS | : SECTION "B" |
| TOR DRILLING, INC. | : MAG. "1" |

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

## JOINT MOTION FOR FINAL JUDGMENT

NOW INTO COURT, through undersigned counsel, comes **TERRY LEE SMITH**, Plaintiff and **TOR DRILLING, INC.** and **AQUA-DYNE, INC.**, Defendants, in the above entitled and numbered cause, who, represent to this Honorable Court that all direct claims, counter-claims, cross-claims, third party claims and incidental demands between them have been compromised and that they desire to dismiss this matter, with prejudice, with each party to bear their own costs.

RESPECTFULLY SUBMITTED:

D.C. PANAGIOTIS, LTD.
(A Professional Law Corporation)

_____
D. C. Panagiotis (#15032)
FNB Towers, Suite 603
600 Jefferson Street
Lafayette, LA 70501
Telephone: 337/264-1516

COUNSEL FOR *TOR DRILLING, INC.*

DATE OF ENTRY
JAN 1 8 2001

___Fee_____
___Process____
_X_Dktd  ___
___CtRmDep___
___Doc.No. 66

BEST KOEPPEL

_____
Laurence E. Best (#3012)
Peter S. Koeppel (#1465)
601 Poydras Street
Pan American Life Center, Suite 2655
New Orleans, Louisiana 70130
COUNSEL FOR *TERRY LEE SMITH*


PHELPS DUNBAR, L.L.P.

_____
W. SEAN O'NEIL (#24584)
Canal Place, Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
Telephone: 504-566-1311
*COUNSEL FOR AQUA-DYNE, INC.*


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Joint Motion for Final Judgment* has this date been forwarded to all known counsel of record by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

Lafayette, Louisiana, this ___ day of January, 2001

_____
D. C. PANAGIOTIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY LEE SMITH | : CIVIL ACTION NO.: 00-0395 |
| VERSUS | : SECTION "B" |
| TOR DRILLING, INC. | : MAG. "1" |

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

### ORDER

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted in the above captioned matter be and are hereby dismissed, with prejudice, with each party to bear their own costs.

SIGNED at New Orleans, Louisiana, this _18th_ day of _January_, 2001

_____
IVAN L. R. LEMELLE
DISTRICT JUDGE